UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO CASTILLO,

                  Petitioner,

       -against-

C.O. R.C. SNEDEKER; H.O. HENLEY;
Dir. VENETTOZZI, for S.H.U.
             Defendants.

**DECLARATION**

&7:21-cv-11109-[PMH]

Pedro Castillo being duly sworn  affrims and declares that:

1.   I am the petitioner in the above  entitled matter and as such am fully familiar with the facts and circumstances of this case.

2.   Pursuant to the last court order, which directed this  petitioner to serve each defdendant certified/ return receipt, has been completed. I am enclosing copies of each certified mailing, as proof that I attempted and tried to serve each defendant as required  by court order.

3.   Please take notice that the only certified mailing that has not come back is that for C.O. R.C. Snedeker. It is unknown  at  this time what other address that C.O. Snedeker can be served at, as  petitioner has no other known address for that defendant other than the GreenHaven C.F. address.

4.   Petitioner respectfully asks this court to allow the case to proceed to trial, and  any other further relief this court may deem proper, including any other courrt direction.

                      Sincerely yours,

                      PEDRO CASTILLO

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
## DISBURSEMENT OR REFUND REQUEST

*B-Y-55*
CELL LOCATION

NAME *Pedro Castillo*   DATE *11-1-22*   20 *22*

CODE TYPE

INCARCERATED INDIVIDUAL NUMBER: 9 3 A 1 3 9 3

"SHORT NAME" *P e s*
FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER
RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP

AMOUNT $ ✓ ✓ ✓ ● 7.35

SENT TO CODE (SEE TABLE B-6)

ITEM DESCRIPTION *Legal Mail (C) R/R*

SENT TO OR PURCHASE FROM

LAST NAME *Henley Comm. Hearing Officer*   FIRST NAME   MI   SUFF

ADDRESS *State Office Campus Bldg. #2*   APT. NO.

CITY *1220 Washington Avenue*   STATE *Albany N.Y.*   ZIP CODE *12226*

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE AMOUNT TO BE DEDUCTED FROM MY INCARCERATED INDIVIDUAL ACCOUNT.**

APPROVED _____ DATE _____
(SOURCE AREA)

APPROVED _____ DATE _____
(BUSINESS OFFICE)

*Pedro Castillo*
(INCARCERATED INDIVIDUAL SIGNATURE)

FORM 2706 (05/21)   Original - Business Office   Yellow - Approving Office   Pink - Incarcerated Individual

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Comm. Hearing Officer Henley
State Office Campus, Bldg. #2
1220 Washington Avenue
Albany, N.Y. 12226

9590 9402 7486 2055 3751 50

2. Article Number (Transfer from service label)
7020 1810 0000 2068 4067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *PB*
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

RECEIVED
NOV 0 8 2022
Mailroom

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**DISBURSEMENT OR REFUND REQUEST**

B-V-55

CELL LOCATION

NAME  _Pedro Castillo_          DATE  _11-1-22_        20 _22_

CODE TYPE

INMATE NUMBER   9 3 A 1 3 9 3        "SHORT NAME"   P O J S

FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER

RIGHT ADJUSTED WITH LEADING ZEROS

COMMISSARY PRODUCT GROUP            AMOUNT $  X X X

SENT TO CODE
(SEE TABLE B-6)            ITEM
DESCRIPTION  _Legal Mail_

| LAST NAME | FIRST NAME | MI | SUFF |
|---|---|---|---|
| Venettozzi | D. | | |

SENT TO OR
PURCHASE FROM

ADDRESS  State Office Campus Bldg #2          APT. NO.

CITY  1220 Washington Avenue    STATE  Albany New York    ZIP CODE  12226

**I HEREBY ACKNOWLEDGE EXPENDITURE OF THE
AMOUNT TO BE DEDUCTED FROM MY INMATE
ACCOUNT.**

APPROVED _____   DATE _____

(SOURCE AREA)

APPROVED _____   DATE _11/3_   _Pedro Castillo_

(BUSINESS OFFICE)                        (INMATE SIGNATURE)

FORM 2706 (7/11)        Original - Business Office      Yellow - Approving Office      Pink - Inmate

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D. Venettozzi, Dir. of S.H.U.
State Office Campus Bldg. #2
1220 Washington Avenue
Albany, N.Y. 12226

9590 9402 7409 2055 9376 56

2. Article Number (Transfer from service label)

7022 0410 0003 1594 1702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _PB_          ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

NOV 0 4 2022

Mailroom

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053            Domestic Return Receipt

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# DISBURSEMENT OR REFUND REQUEST

(NAME) Pedro Castillo

CELL LOCATION B-Y-55

DATE 11-1-22   20 22

CODE TYPE

COMMISSARY PRODUCT GROUP

SENT TO CODE
(SEE TABLE B-6)

INMATE NUMBER 9 3 A 1 3 9 3

"SHORT NAME" P C S

FIRST INITIAL
FIRST 3 OF LAST NAME

CHECK/ORDER NUMBER

ITEM
DESCRIPTION  Legal MAIL

First 0-81 Fees
No Change

RIGHT ADJUSTED WITH LEADING ZEROS

AMOUNT $  | X | X | X |

use 6 stamps
Free

SENT TO OR
PURCHASE FROM

LAST NAME  SNedeker       FIRST NAME  R. C.       MI       SUFF

ADDRESS  P. O. Box 4000

CITY  Stormville       STATE  N.Y. 12582  Green Haven C. F.       ZIP CODE       APT. NO.

I HEREBY ACKNOWLEDGE EXPENDITURE OF THE
AMOUNT TO BE DEDUCTED FROM MY INMATE
ACCOUNT.

Pedro Castillo
(INMATE SIGNATURE)

APPROVED _____ (SOURCE AREA)       DATE _____

APPROVED _____ (BUSINESS OFFICE)       DATE _____

FORM 2706 (7/11)       Original - Business Office       *Yellow - Approving Office       Pink - Inmate

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING,NEW YORK 10562

NAME: _Pedro Castillo_ DIN: _93A1393_

WESTCHESTER NY 105

1 DEC 2022 PM 4 L

quadient

12/01/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL

ZIP 10562
044M11470503

USMP3

To: clerk of the court
U.S. District Court
Southern District of N.Y.
Moynihan U.S. Courthouse
500 pearl street
New York, N.Y. 10007-1316

10007-133099