

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

January 3, 2023

**Via ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **Castillo v. Snedeker, et al., 21 Cv. 11109 (PMH)**

Dear Judge Halpern:

      I write on behalf of the Office of the Attorney General in response to the Court's November 1, 2022 Order seeking the service addresses of the three Defendants whom Plaintiff seeks to sue herein. *See Dkt. No. 14*. The compliance date for this Order is January 3, 2023. *See Id*. In accordance with that Order, this Office has learned the following information from New York State Department of Corrections and Community Supervision officials:

C.O. Robert C. Snedeker (Badge No. 30637), sued herein as "Correction Officer R. C. Snedeker"

Service Address:
Marcy Correctional Facility
9000 Old River Road
P.O. Box 5000
Marcy, New York 13403

First Deputy Superintendent Donald Venettozzi, sued herein as "D. Venettozzi, Director – S.H.U."

Service Address:
Mid-State Correctional Facility
9005 Old River Road
P.O. Box 216
Marcy, New York 13403

Hon. Philip M. Halpren  Page 2 of 2
January 3, 2023

C.H.O. Katherine Henley, sued herein as "C.H.O. Henley"

Service Address:
Department of Corrections and Community Supervision
Office of Counsel
The Harriman State Campus, Building 4
1220 Washington Avenue
Albany, New York 12226

     The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

          Respectfully submitted,

          */s/ Wesley E. Bauman*
          Wesley E. Bauman
          Assistant Attorney General

Cc:    Pedro Castillo (DIN 93-A-1393)
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, New York 10562
        *Pro se*